THE PEOPLE OF THE STATE OF NEW YORK ex rel. ERIE RAILROAD COMPANY, Appellant, *v.* THE BOARD OF RAILROAD COMMISSIONERS OF THE STATE OF NEW YORK et al., Respondents.

*People ex rel. Erie R. R. Co.* v. *Board R. R. Comrs.,* 101 App. Div. 251, affirmed.
(Argued February 27, 1906; decided March 13, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 19, 1905, which confirmed a determination of the board of railroad commissioners granting to the Bingham-

ton and Southern Railroad Company a certificate of public convenience and necessity pursuant to the provisions of section 59 of the Railroad Law.

*W. D. Painter* for appellant.

*Eliot Norton, Alton B. Parker* and *Theodore R. Tuthill* for respondent Binghamton and Southern Railroad Company.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.